LINDOW & TREAT, L.L.P.
ATTORNEYS AT LAW
112 E. PECAN
SUITE 2300
SAN ANTONIO, TEXAS 78205
(210) 227-2200
TELECOPIER: (210) 227-4602

MAIL
United States District Court
Southern District of Texas
RECEIVED

NOV 0 4 2003

Michael N. Milby, Clerk

October 31, 2003

**VIA REGULAR MAIL**
U.S. District Clerk
600 East Harrison, Suite 101
Brownsville, Texas 78521

C AB-03-180
United States District Court
Southern District of Texas
FILED

NOV 0 4 2003

Michael N. Milby
Clerk of Court

RE: NOTICE OF CHANGE OF ADDRESS

Dear District Clerk:

Please be advised that David L. Treat of Lindow & Treat, L.L.P. has relocated. Beginning *Monday, November 3, 2003*, please direct all correspondence, documents, etc. to the following:

DAVID L. TREAT
LINDOW & TREAT, L.L.P.
600 NAVARRO STREET, 6TH FLOOR
SAN ANTONIO, TX 78205
[TELEPHONE] (210) 227-2200
[TELECOPIER] (210) 227-4602

By copy of this letter, I am advising all counsel of record of this address change. Thank you for your attention to this matter. Should you have any questions or concerns in this regard, please do not hesitate to contact me.

Very truly yours,

Sabrina Flores
Sabrina Flores,
Secretary to David L. Treat

:sf

H:\WPDOCS\SF\MOVE\Court Letter\brownsville-clk.wpd

October 31, 2003
Page 2

|      |      |      |
|------|------|------|
| cc:  | Mr. Robert Marr<br>Property Analyst<br>INSURANCE MANAGEMENT SOLUTIONS GROUP<br>P.O. Box 33064<br>St. Petersburg, Florida 33733 | Mr. Jeff Baker, Vice President<br>ICAT Managers<br>3665 Discovery Drive, Suite 300<br>Boulder, Colorado 80303 |
|      | AXA Corporate Solutions Lloyds<br>Insurance Company of Texas<br>17 States Street<br>New York, NY 10004 | Gerloff Company, Inc<br>14855 Bulverde Road<br>San Antonio, TX 78247 |
|      | Emilio Sanchez, President<br>Tex-Mex Cold Storage, Inc.<br>6665 E. 14th Street<br>Brownsville, Texas 78520 | Thomas F. Brawner<br>Brawner & Associates, LLC<br>P.O. Box 17094<br>San Antonio, Texas 78217 |
|      | Mr. Royce Cody<br>Senior Adjuster<br>Mitchell & Associates<br>P. O. Box 538<br>Shallowater, Texas 79363 | Jim Jonas<br>San Antonio Claims Association<br>8318 Jones Maltsberger #115<br>San Antonio, Texas 78216 |
| Re:  | Civil Action No. B–03CV180; *AXA Corporate Solutions Lloyds, v. Tex-Mex Cold Storage, Inc.;* In the United States District Court; Southern District of Texas; Brownsville Division | |