# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| AXA Corporate Solutions Lloyds | § § | |
| VS. | § § | CIVIL ACTION NO.   B-03-180 |
| Tex-Mex Cold Storage, Inc. | § | |

TYPE OF CASE:       __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:   **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS** | **THIRD FLOOR COURTROOM, #6** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
| **February 6, 2004 @ 9:30 a.m.** | **February 13, 2004 @ 9:30 a.m.** |

MICHAEL N. MILBY, CLERK

BY: _____Irma A. Soto_____
Irma A. Soto, Deputy Clerk

DATE: January  22, 2004

TO:  ALL COUNSEL OF RECORD