IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AXA CORPORATE SOLUTIONS LLOYDS, § § | |
| Plaintiff, § § | |
| § | Civil Action No. B 03-180 |
| V. § § | |
| TEX-MEX COLD STORAGE, INC. § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Plaintiff, AXA Corporate Solutions Lloyds, and, pursuant to Rule 41(1)(i) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal, and would respectfully show the Court as follows:

1.  Plaintiff, AXA Corporate Solutions Lloyds, filed its Petition for Declaratory Relief against Defendant, Tex-Mex Cold Storage, Inc. on October 15, 2003.

2.  On January 22, 2004, Defendant waived service of the Petition for Declaratory Relief pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.

3.  Defendant has not filed an answer or a motion for summary judgment in this matter.

4.  Plaintiff's filing of this Notice of Voluntary Dismissal with the intention of dismissing this cause under FRCP 41(1)(i) without prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the matter be dismissed without prejudice.

Respectfully submitted,

**LINDOW & TREAT, L.L.P.**

By: _____
David L. Treat
Texas Bar No. 20205300
The Vogue Building
600 Navarro Street, 6th Floor
San Antonio, Texas 78205
210-227-2200 [Telephone]
210-227-4602 [Telecopier]
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

In accordance with Rule 5 of the Federal Rules of Civil Procedure, on the 9th day of **February 2004**, a true and correct copy of the above and foregoing instrument was served upon Defendant's attorney:

Horacio L. Barrera
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
David L. Treat