8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| AXA CORPORATE SOLUTIONS LLOYDS | § § | |
| VS. | § § § | CIVIL NO. B-03-180 |
| TEX-MEX COLD STORAGE, INC. | § | |

## ORDER

On the 11th day of February, 2004, Plaintiff AXA Corporate Solutions Lloyds filed its Notice of Voluntary Dismissal, and the court, after reviewing the motions and pleadings, hereby grants the motion to dismiss. All claims against Defendant Tex-Mex Cold Storage, Inc. are hereby dismissed without prejudice.

Signed this 12th day of February, 2004.

_____
Honorable Andrew S. Hanen
United States District Judge